

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2019

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C.** and Mediation Centers of America, L.C.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The court reporter responsible for filing the reporter's record in this appeal filed a notification of late record informing the court that the reporter's record has not been filed because appellants have failed to file a designation of record. TEX. R. APP. P. 34.6(b)(1). The court reporter additionally informed the court that the appellants have failed to pay or make arrangements to pay the fee for preparing the reporter's record and that appellants are not entitled to preparation of the reporter's record without paying the fee.

It is therefore **ORDERED** that appellants file written proof to this court on or before **August 16, 2019** that they have filed a designation of record with the court reporter. *See* TEX. R. APP. P. 34.6(b)(c).

It is further **ORDERED** that appellants provide written proof to this court on or before **August 16, 2019** that either (1) the court reporter's fee has been paid or arrangements have been made to pay the court reporter's fee; or (2) appellants are entitled to appeal without paying the court reporter's fee.

If appellants fail to respond within the time provided, appellants' brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).



Irene Rios, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court